**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JULIO CESAR LOZADA, AKA Luis Perez Calderon,<br><br>Petitioner,<br><br>v.<br><br>DANA J. BOENTE, Acting Attorney General,<br><br>Respondent. | No. 11-71464<br><br>Agency No. A089-958-706<br><br>ORDER AMENDING |

Before: HAWKINS, BERZON, and MURGUIA, Circuit Judges.

The Government's Motion to Amend the Unpublished Opinion filed on January 12, 2017, is GRANTED in part.

The Memorandum filed on December 23, 2016, is amended as follows. The Memorandum concludes with "RELIEF GRANTED." This sentence shall be deleted and replaced with the following language: "PETITION GRANTED and REMANDED for further proceedings consistent with this Memorandum."